UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CARIE C. SANOW, | CIV 18-4173 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| SAMMONS FINANCIAL GROUP, INC. and MIDLAND NATIONAL LIFE INSURANCE COMPANY, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Motion for Dismissal with Prejudice, Doc. 24, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendants is dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 21st day of August, 2019.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK